UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TORRES SANCHEZ,<br><br>                                    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>                                    Defendant. | Case No.:  23-CV-1233 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 10]** |

Pending before the Court is the parties' joint motion to dismiss with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 10] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  October 20, 2023

_____
Hon. Thomas J. Whelan
United States District Judge

1